**SEALED**

FILED

DANIEL G. BOGDEN
United States Attorney
ROGER YANG
Assistant United States Attorney
333 Las Vegas Boulevard South
Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

Aug 23   12 10 PM '13

U.S. ...

BY___

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| PLAINTIFF, | ) |
| vs | ) Mag. Case No. |
| MATTHEW GRANT LASKOWSKI | ) |
| DEFENDANT. | ) 2:13-mj-00656-VCF |

**GOVERNMENT'S *EX PARTE* APPLICATION REQUESTING**
**SEALING OF THE COMPLAINT**

COMES NOW the United States of America, by and through Daniel G. Bogden, United States Attorney, and Roger Yang, Assistant United States Attorney, and respectfully moves this Honorable Court for an Order sealing the Complaint, together with this Application and the Court's Order, in the above-captioned matter until such time as this Honorable Court, or another Court of competent jurisdiction, shall order otherwise.

The Government submits that it is necessary for said documents to be sealed in light of the fact that they make reference to information regarding an on-going investigation. The

. . .

. . .

1 Government submits that disclosure of the information might possibly jeopardize the investigation.
2 The Government submits that its right to secrecy far outweighs the public's right to know.

DATED this 23rd day of August, 2013.

                                      Respectfully submitted,

                                      DANIEL G. BOGDEN
                                      United States Attorney

                                      */s/ Roger Yang*

                                      ROGER YANG
                                      Assistant United States Attorney

FILED

AUG 23  12 10 PM '13

U.S. M[...]

BY_____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| PLAINTIFF, | Mag. Case No.   2:13-mj-00656-VCF |
| vs | |
| MATTHEW GRANT LASKOWSKI | ORDER SEALING |
| DEFENDANT. | |

Based on the pending *Ex Parte* Application of the Government, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the Complaint, together with the Government's Application and this Court's Order, in the above-captioned matter shall be sealed until further Order of the Court.

DATED this 22nd day of August, 2013.

_____
UNITED STATES MAGISTRATE JUDGE